January 15, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF K.M.M. AND M.W.M., CHILDREN

NO. 14-14-00239-CV

_____

Today the Court heard its own motion to dismiss the appeal from the order that the court below signed on February 12, 2014. The record shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

We order appellant Matthew W. Mahoney to pay all costs incurred in this appeal.

We further order that the mandate be issued immediately.

We further order this decision certified below for observance.